# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA SULLIVAN<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF BUENA PARK, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–01732–CJC–ADS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  09/10/2020         1         Notice of Removal  

 Date Filed         Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

    The document is accepted as filed; however, as set forth in the Clerk's Notice of Deficiencies [6] counsel who represent a party must use their own CM/ECF login. Further disregard of this rule may result in the document being stricken from the record.

Clerk, U.S. District Court

Dated: September 15, 2020         By: /s/ *Cheryl Wynn*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*