# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 20-01732-CJC (ADSx) |
| Title: | Deanna Sullivan v. City of Buena Park et al |
| Date | April 26, 2022 |

Present: The Honorable **CORMAC J. CARNEY, United States District Judge**

| Rolls Royce Paschal | Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Humberto Guizar; Christian Contreras; Kent Henderson | Bruce Praet |

\_\_\_ Day Court Trial    6th Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    \_\_\_ Held & Continued;    X Completed ~~by jury verdict/submitted to court.~~

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn and testified.    \_\_\_ Exhibits Identified    \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    ✓ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    \_\_\_ Polling waived.
✓ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
✓ Motion for mistrial by Plaintiff is    \_\_\_ granted.    ✓ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Jury Note indicates the jury cannot reach a unanimous decision. The Court questions each juror and declares a mistrial. Jury excused. Status Conference set for June 6, 2022 at 8:00 AM.

1 : 20

Initials of Deputy Clerk    rrp

cc: